Law Offices

# WHITELAW & FANGIO

247-259 W. Fayette Street
Syracuse, New York 13202
Telephone (315) 472-7832
Fax No. (315) 472-7816
*(Service by fax not accepted)*

KENNETH D. WHITELAW
MARY LANNON FANGIO

mary@fangiolaw.com
kate@fangiolaw.com

Tuesday, February 22, 2011

US Bankruptcy Court Clerk
100 S. Clinton Street
PO Box 7008
Syracuse New York 13261-7008

**RECEIVED**

FEB 23 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Re: Mohammed and Nagla Elsafi
Case No. 09 33024

Gentlepersons:

Enclosed please find a check in the amount of $4.48 which represents the dividend check issued to Verizon, PO Box 3037, Bloomington IL. The check was not cashed within the 90 day time frame. A stop payment was issued and the new check was issued payable to the Court.

Very truly yours,

Kate Zacharewski
Paralegal

MLF/krz

**FILED**
FEB 23 2011
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY